BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323

    -and-

AVI JOSEFSON
(avi@blbglaw.com)
JEROEN VAN KWAWEGEN
(jeroen@blbglaw.com)
MICHAEL D. BLATCHLEY
(michaelb@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:  (212) 554-1400
Fax:  (212) 554-1444

*Counsel for Lead Plaintiff*
*SEB Investment Management AB*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FELIX, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION, GREGORY S. CLARK, and NICHOLAS R. NOVIELLO,<br><br>Defendants. | Case No. 3:18-cv-02902-WHA<br><br>CLASS ACTION<br><br>**CERTIFICATION OF LEAD PLAINTIFF SEB INVESTMENT MANAGEMENT AB** |

CERTIFICATION OF SEB INVESTMENT MANAGEMENT AB
CASE NO. 3:18-cv-02902-WHA

Pursuant to the Court's August 23, 2018 Order (1) Consolidating Actions; (2) Appointing Lead Plaintiff; and (3) Inviting Applications for Lead Counsel (the "Order"), Court-appointed Lead Plaintiff SEB Investment Management AB ("SEB IM") certifies that it has read the Order and is willing and able to meet the schedule and its fiduciary obligations. SEB IM informs the Court that it has already started to advertise for applications for lead counsel through a request for proposal, which is also available at the following website: http://symantecsecuritieslitigation.com.

SEB IM has informed potential applicants that it will leave open the application period until 4 pm Eastern Time on September 6, 2018. SEB IM intends to hold a first round of telephonic interviews with selected applicants during the week of September 10, 2018 and a second round of in-person interviews with selected applicants at SEB Group's New York Office in New York during the week of September 17, 2018. Pursuant to the Court's Order, SEB IM will make a final decision as to the selection of counsel by September 20, 2018 and move for appointment and approval of Lead Plaintiff's selected counsel by September 27, 2018. SEB IM certifies that it will assess the considerations set forth in the Order, as well as other factors that it believes are relevant to the selection of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true to the best of my knowledge. Executed this 30th day of August 2018.



_____

Hans Ek
Acting CEO of SEB Investment Management AB

CERTIFICATION OF SEB INVESTMENT MANAGEMENT AB
CASE NO. 3:18-cv-02902-WHA

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

/s/ David R. Stickney
DAVID R. STICKNEY

DAVID R. STICKNEY (Bar No. 188574)
(davids@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

*Counsel for Lead Plaintiff SEB Investment Management AB*

CERTIFICATION OF SEB INVESTMENT MANAGEMENT AB
CASE NO. 3:18-cv-02902-WHA