1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES FELIX, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION, GREGORY S. CLARK, NICHOLAS R. NOVIELLO, and MARK S. GARFIELD,<br><br>Defendants. | Case No. 3:18-cv-02902-WHA<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE AN OMNIBUS BRIEF OPPOSING THE MOTIONS TO DISMISS**

FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

Lead Plaintiff SEB Investment Management AB may file a single, omnibus brief, not to exceed 38 pages, in opposition to the Defendants' three separate Motions to Dismiss (ECF Nos. 112, 114, 115).

Responding in a single brief will not delay the briefing schedule or otherwise affect the briefing of the Motions to Dismiss.

IT IS SO ORDERED.

Dated: January 7, 2019.

_____
The Honorable William Alsup
United States District Judge

Submitted by:

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
 */s/ David R. Stickney*
DAVID R. STICKNEY
David R. Stickney (Bar No. 188574)
(davids@blbglaw.com)
LUCAS E. GILMORE (Bar No. 250893)
(lucas.gilmore@blbglaw.com)
JACOB T. SPAID (Bar No. 298832)
(jacob.spaid@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

-and-

JEROEN VAN KWAWEGEN (admitted *pro hac vice*)
(jeroen@blbglaw.com)
REBECCA E. BOON (admitted *pro hac vice*)
(rebecca.boon@blbglaw.com)
JULIA K. TEBOR (admitted *pro hac vice*)
(julia.tebor@blbglaw.com)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

*Counsel for Lead Plaintiff*
*SEB Investment Management AB*