CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
JEROME F. BIRN, JR., State Bar No. 128561
jbirn@wsgr.com
CHERYL W. FOUNG, State Bar No. 108868
cfoung@wsgr.com
KAREN KWOK, State Bar No. 307464
kkwok@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FELIX Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION, GREGORY S. CLARK, NICHOLAS R. NOVIELLO, and MARK S. GARFIELD,<br><br>Defendants. | CASE NO.: 3:18-cv-02902-WHA<br><br>**NOTICE OF ERRATA**<br><br>Courtroom 12<br>Date: January 31, 2019<br>Time: 8:00 a.m. |

PLEASE TAKE NOTICE that Defendant Symantec Corporation ("Symantec") submits this Notice of Errata.

On December 26, 2018, counsel for Defendant Symantec filed the Declaration of Cheryl W. Foung in Support of Symantec Corporation's Motion to Dismiss Consolidated Class Action Complaint for Violation of Federal Securities Laws ("Foung Declaration").

Symantec has learned that it attached an incorrect Form 4 as part of Exhibit 23 at pp. 381-82. Symantec inadvertently attached a Form 4 filed with the SEC on 6/14/16. Symantec intended to attach the Form 4 filed with the SEC on 6/15/16 that pertains to a 6/14/16 stock sale, as referenced in ¶¶ 151-152, 154, 282 of the Complaint. Symantec is filing contemporaneously herewith the Declaration of Cheryl W. Foung in support of Symantec's Notice of Errata, attaching a new Exhibit 23 that includes the correct Form 4 dated 6/15/16 at pp. 381-82.

The error does not impact any of Symantec's arguments or calculations concerning stock sales. We apologize to the Court for this inadvertent error.

Dated: January 16, 2019           Respectfully submitted,

                                  WILSON SONSINI GOODRICH & ROSATI

                                  By: /s/ Cheryl Foung
                                      Cheryl Foung