**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3472

SALVATORE J. GRAZIANO (*pro hac vice*)
(salvatore@blbglaw.com)
JEROEN VAN KWAWEGEN (*pro hac vice*)
(jeroen@blbglaw.com)
JEREMY ROBINSON (*pro hac vice*)
(jeremy@blbglaw.com)
REBECCA E. BOON (*pro hac vice*)
(rebecca.boon@blbglaw.com)
R. RYAN DYKHOUSE (*pro hac vice*)
(ryan.dykhouse@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400

*Counsel for Lead Plaintiff*
*SEB Investment Management AB*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMANTEC CORPORATION, and GREGORY S. CLARK<br><br><br>Defendants. | Case No. 3:18-cv-02902-WHA<br><br>ECF CASE<br><br>**DECLARATION OF JEREMY P. ROBINSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>**[Civil Local Rules 7-11 and 79-5]**<br><br>Dept.: Courtroom 12, 19th Floor<br>Judge: Honorable William H. Alsup |

I, Jeremy P. Robinson, declare:

1.      I am an attorney licensed to practice law in the State of New York and am admitted to appear *pro hac vice* in this action.  I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP, located at 1251 Avenue of the Americas, New York, NY 10020, and counsel for Court-Appointed Plaintiff SEB Investment Management AB ("Plaintiff").  I submit this Declaration in Support of Plaintiff's Opposition to Defendants' Administrative Motion for Leave to File Sur-Reply.  I have personal knowledge of the facts stated herein, and if called to testify, could and would competently thereto.

2.      On November 19, 2019, in connection with discussions regarding the parties' initial Joint Case Management Statement, my colleague Rebecca Boon sent an email to Defendants attaching a draft Joint Case Management Statement (the "Initial Draft CMC") that included a proposed deadline for Defendants to complete their production of documents produced in other actions or provided to any governmental agency.  A true and correct copy of Ms. Boon's November 19, 2019 email, including only the Initial Draft CMC-related attachments, is attached hereto as Exhibit 1.

3.      On November 25, 2019, Jerome F. Birn, Jr., counsel of record for Defendant Symantec Corporation ("Symantec") replied, attaching a revised version of the Initial Draft CMC that rejected the deadline for Defendants to produce previously-produced documents and purported to give Defendants the ability to file extra briefing concerning Plaintiff's motion for class certification (the "Certification Motion"), including a "last word" filling that they styled as a "Reply re: Motion Challenging Class Certification."  This was in substantively the same thing as a sur-reply for Defendants.  A true and correct copy of Mr. Birn's November 25, 2019 email, including its attachments, is attached hereto as Exhibit 2, with highlighting added for reference.

4.      On November 27, 2019, Ms. Boon responded to Defendants' proposal, attaching a revised version of the Initial Draft CMC and stating "[t]his reflects a proposed compromise and our attempt to meet in the middle."  This revised version removed Defendants' insertion of an opportunity to file an extra "last word" sur-reply brief, and left in place Defendants' removal of the deadline for them to produce previously-produced documents.  A true and correct copy of Ms.

Boon's November 27, 2019 email, including its attachment, is attached hereto as Exhibit 3, with highlighting added for reference.

5.      On November 27, 2019, Mr. Birn responded to Ms. Boon's November 27, 2019 email, writing that Plaintiff's "proposed CMC Statement is acceptable to defendants, with one addition.  In the proposed schedule, where it now says 'Defendants to File Opposition to Motion for Class Certification,' please add '(including any arguments where Defendants bear the burden of proof.'"  Mr. Birn also purported to reserve the right to file a sur-reply.  A true and correct copy of Mr. Birn's November 27, 2019 email, including its attachment, is attached hereto as Exhibit 4, with highlighting added for reference.

6.      On February 5, 2020, Evan Seite, counsel for Symantec, sent an email attaching a draft revised joint case management statement (the "Second Round Draft CMC") prior to the Case Management Conference before this Court on February 13, 2020.  The version he sent erroneously included Defendants' opportunity to file extra briefing concerning Plaintiff's Certification Motion – namely the same extra briefing that they had previously proposed.  A true and correct copy of the February 5, 2020 email and attached joint Case Management Statement, is attached hereto as Exhibit 5, with highlighting added for reference.

7.      Ms. Boon and I quickly called counsel for Symantec and said that their inclusion of extra briefing rights must be a mistake given the parties' prior negotiations.  Defendants agreed.

8.      Shortly thereafter, Mr. Seite sent a corrected version of the joint Case Management Statement with no extra briefing privileges for Defendants.  There was no reservation of the right to seek leave to file a sur-reply.  A true and correct copy of Mr. Seite's February 5, 2020 email with its attachment, is attached hereto as Exhibit 6, with highlighting added for reference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 23rd day of March, 2020, in New York, New York.

                    /s/ Jeremy P. Robinson
                    Jeremy P. Robinson