ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
– and –
MARK SOLOMON (151949)
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@rgrdlaw.com
dmyers@rgrdlaw.com
malbert@rgrdlaw.com

Counsel for the Norfolk County Council as Administrating Authority of the Norfolk Pension Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FELIX, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SYMANTEC CORPORATION, et al.,<br><br>Defendants. | Case No. 3:18-cv-02902-WHA<br><br><u>CLASS ACTION</u><br><br>NOTICE OF POTENTIAL CONFLICT OF INTEREST |

The Norfolk Pension Fund ("NPF"), a local government employees pension fund located in England, is a class member in this securities fraud class action having moved (unsuccessfully) to be appointed Lead Plaintiff in the summer of 2018. The Court appointed SEB Investment Management AB as Lead Plaintiff and Bernstein Litowitz Berger & Grossmann LLP as Lead Counsel. *See* ECF Nos. 75, 88. In doing so, the Court warned Hans Ek (SEB's then-Deputy CEO), who appeared at the hearing, that "[y]ou have – this – there can be no campaign contributions, there can be no side payments, there can be nothing like that. It's got to be completely above board and in the interest of the class, and not what you've done in the past." ECF No. 76 at 11:20-25. At the August 23, 2018 lead plaintiff hearing, the Court also invited NPF to monitor the integrity of the prosecution of this action. *See* ECF No. 76 at 14:21-25 ("And you're welcome to attend all the hearings, keep the Sweden people honest, and complain how you want. You're a member – well, it's a putative class now. But a member of the putative class has every right to show up and participate.").

It has recently come to NPF's attention that, during the prosecution of this case, Lead Counsel offered employment to, and that offer of employment was accepted by, Hans Ek. *See* attachment. There is nothing in the public docket indicating that SEB or Lead Counsel informed the Court or the Class about Mr. Ek's change of status from Deputy CEO of the Lead Plaintiff to Bernstein Litowitz's Senior Advisor for European Investor Relations, which underscores the very concerns the Court expressed directly to Mr. Ek during the lead plaintiff selection process. *See* ECF No. 76 at 11:20-25. If this development was not previously disclosed to the Court, a status conference would allow the Court to determine how to best protect the Class and ensure conflict-free representation.

DATED: November 30, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
MARK SOLOMON
DANIELLE S. MYERS
MICHAEL ALBERT

s/ Mark Solomon
MARK SOLOMON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Counsel for the Norfolk County Council as Administrating Authority of the Norfolk Pension Fund

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on November 30, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Mark Solomon
MARK SOLOMON

ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: marks@rgrdlaw.com

# Mailing Information for a Case 3:18-cv-02902-WHA Felix v. Symantec Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jerome F. Birn , Jr**
  jbirn@wsgr.com,lblackey@wsgr.com
- **Rebecca E Boon**
  rebecca.boon@blbglaw.com
- **Richard Ryan Dykhouse**
  Ryan.Dykhouse@blbglaw.com
- **Miles F. Ehrlich**
  miles@ramsey-ehrlich.com,sonia@ramsey-ehrlich.com,katharine@ramsey-ehrlich.com,amy@ramsey-ehrlich.com,lauren@ramsey-ehrlich.com
- **Cheryl Weisbard Foung**
  cfoung@wsgr.com,lcardenas@wsgr.com
- **Richard D. Gluck**
  rich.gluck@blbglaw.com
- **Salvatore J Graziano**
  Salvatore@blbglaw.com,avi@blbglaw.com,matthew.mahady@blbglaw.com,scott.foglietta@blbglaw.com,ManagingClerk@blbglaw.com
- **Caz Hashemi**
  chashemi@wsgr.com,tbell@wsgr.com
- **Katharine Ann Kates**
  katharine@ramsey-ehrlich.com
- **Karen Kwok**
  kkwok@wsgr.com,lcardenas@wsgr.com
- **Amanda F Lashner**
  amanda.lashner@morganlewis.com,lisa.lee@morganlewis.com
- **Catherine Eugenia Moreno**
  cmoreno@wsgr.com,rlustan@wsgr.com
- **Jennifer Pafiti**
  jpafiti@pomlaw.com,jalieberman@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@poml
- **Karen A. Pieslak Pohlmann**
  karen.pohlmann@morganlewis.com
- **Susan Diane Resley**
  sresley@morganlewis.com,margaret.thomasian@morganlewis.com,yandrada@morganlewis.com,dawn.salazar@morganlewis.com
- **Rosemary M. Rivas**
  rrivas@zlk.com,arocco@zlk.com,rmah@zlk.com,jtash@zlk.com,shopkins@zlk.com,jkornhaber@zlk.com
- **Alyse Jennings Rivett**
  ali.rivett@morganlewis.com,kayla.clark@morganlewis.com,lisa.lee@morganlewis.com,abigail.west@morganlewis.com
- **Jeremy P. Robinson**
  jeremy@blbglaw.com,Michelle.Leung@blbglaw.com,ManagingClerk@blbglaw.com,Virgilio@blbglaw.com,Jose.Echegaray@blbglaw.com
- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com,larry.rosen@earthlink.net,lrosen@ecf.courtdrive.com
- **Evan L Seite**
  eseite@wsgr.com,vhernandez@wsgr.com
- **Jessica L. Snorgrass**
  jsnorgrass@wsgr.com,tbell@wsgr.com
- **Marc J. Sonnenfeld**
  msonnenfeld@morganlewis.com
- **Stephen Bruce Strain**
  sstrain@wsgr.com,pmarquez@wsgr.com
- **Rodney Grant Strickland , Jr**
  rstrickland@wsgr.com,lkoontz@wsgr.com
- **Julia K. Tebor**
  julia.tebor@blbglaw.com
- **Jonathan Daniel Uslaner**
  jonathanu@blbglaw.com,MichaelB@blbglaw.com,Avi@blbglaw.com

- **Jeroen Van Kwawegen**
  jeroen@blbglaw.com,ManagingClerk@blbglaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)