**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

SALVATORE J. GRAZIANO (*pro hac vice*)
(salvatore@blbglaw.com)
JEROEN VAN KWAWEGEN (*pro hac vice*)
(jeroen@blbglaw.com)
JEREMY ROBINSON (*pro hac vice*)
(jeremy@blbglaw.com)
REBECCA E. BOON (*pro hac vice*)
(rebecca.boon@blbglaw.com)
R. RYAN DYKHOUSE (*pro hac vice*)
(ryan.dykhouse@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiff*
*SEB Investment Management AB*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION and GREGORY S. CLARK,<br><br>Defendants. | Case No. 3:18-cv-02902-WHA<br><br>ECF CASE<br><br>**LEAD PLAINTIFF SEB INVESTMENT MANAGEMENT AB'S RESPONSE TO NOTICE OF POTENTIAL CONFLICT OF INTEREST**<br><br>Dept.: Courtroom 12, 19th Floor<br>Judge: Hon. William H. Alsup |

---

LEAD PLAINTIFF'S RESPONSE TO NOTICE OF POTENTIAL CONFLICT OF INTEREST
No. 3:18-cv-02902-WHA

SEB Investment Management AB ("SEB" or "Lead Plaintiff") and Bernstein Litowitz Berger & Grossmann LLP ("BLBG" or "Lead Counsel") hereby respond to the Notice of Potential Conflict of Interest filed by the Norfolk Pension Fund ("Norfolk") on November 30, 2020 (the "Notice"). ECF No. 259. Accompanying this Response are declarations from Hans Ek (the "Ek Decl.") and Caroline Rifall, SEB's Head of Legal (the "Rifall Decl.").

**Introduction**. In the Notice, Norfolk requests a status conference to ascertain whether BLBG's recent hiring of Hans Ek, SEB's former Deputy CEO, could present a conflict of interest with the Class. Norfolk and its counsel did not confer with SEB or BLBG before filing the Notice. If they had done so, SEB and BLBG would have explained that Mr. Ek joining BLBG in October 2020, after he left SEB, has nothing to do with this Action and presents no actual or potential conflict.

**Relevant Background**. SEB is a sophisticated institutional investor with over $160 billion under management and a staff of in-house legal counsel that assist SEB and its Board of Directors in supervising litigation. Rifall Decl., ¶2. At SEB, major litigation decisions require approval by SEB's class action committee in accordance with SEB's securities litigation policy, including whether to resolve any litigation in which SEB is a class representative. *Id.*, ¶4. SEB's Board of Directors (the "Board") also receives regular updates concerning both this Action and other litigation. *Id*. On August 23, 2018, following robust lead plaintiff proceedings, the Court appointed SEB as Lead Plaintiff. ECF No. 75. At the Court's direction, SEB undertook a rigorous and impartial due diligence process for the selection of lead counsel – and selected BLBG, which was appointed by the Court to serve as Lead Counsel on October 4, 2018. ECF No. 88. Since then, SEB and BLBG have vigorously prosecuted this Action, including through the filing of two detailed complaints, two rounds of hard-fought pleadings motions, a contested class certification motion, a motion to compel, extensive ongoing discovery, and a full day settlement conference with Magistrate Judge Ryu. Rifall Decl., ¶3.

Mr. Ek was SEB's Deputy CEO from January 2009 until December 1, 2019. Ek Decl., ¶2; Rifall Decl., ¶5. In that role, Mr. Ek had oversight and management responsibility for SEB's

litigation, including this Action. Ek Decl., ¶2. In autumn 2019, Mr. Ek announced internally that he would be stepping down as SEB's Deputy CEO and assisted with transferring his litigation oversight responsibilities, including over this Action, to Ms. Rifall, SEB's Head of Legal. This transfer was completed by December 1, 2019, when Mr. Elk left his position as Deputy CEO at SEB. Ek Decl., ¶3; Rifall Decl., ¶5. Since December 1, 2019, Mr. Ek has had no responsibility for oversight or management of this Action and no day-to-day work responsibilities at SEB.[1] Ek Decl., ¶3; Rifall Decl., ¶5-6. In January 2020, Ms. Rifall provided a declaration in support of SEB's motion for class certification (ECF No. 197-9) and, on February 5, 2020, she was deposed in this Action as SEB's corporate representative under F.R.C.P. 30(b)(6). Rifall Decl., ¶6. Ms. Rifall's deposition confirmed that Mr. Ek transferred all responsibility for overseeing this litigation to Ms. Rifall by December 1, 2019. *Id.*, ¶6, Ex. 1.

On September 10, 2020, Mr. Ek entered into an agreement to join BLBG as a Senior Advisor for European Investors Relations. Ek Decl., ¶7. On September 11, 2020, Mr. Ek gave SEB notice that he would be joining BLBG and sought and received SEB's approval. Ek Decl., ¶8; Rifall Decl., ¶7. On October 1, 2020, Mr. Ek assumed his position at BLBG. Ek Decl., ¶9. BLBG publicly announced that Mr. Ek had joined the firm, including on its website and over social media. *Id*. At BLBG, Mr. Ek serves as Senior Advisor, European Relations, advising clients on corporate governance and embedding shareholder litigation in responsible investment strategies and assisting with client development and other matters relating to BLBG's European-based clients. *Id.*, ¶7.

**There Is No Actual or Potential Conflict**. Mr. Ek joined BLBG long after he left his position as SEB's Deputy CEO and ceased having any oversight of this Action. As Mr. Ek confirms in his declaration, in 2018, while SEB was seeking appointment as Lead Plaintiff and BLBG as Lead Counsel, BLBG and Mr. Ek did not engage in "any discussions whatsoever about

---

[1] From December 1, 2019 through approximately May 2020, Mr. Ek continued to serve on nomination committees of Swedish-listed companies where he had been personally elected or appointed to represent SEB until those companies' respective annual meetings. Ek Decl., ¶3.

1  BLBG hiring [Mr. Ek] in the future." Ek Decl., ¶5. In fact, BLBG and Mr. Ek did not have any
2  such discussions at any time during Mr. Ek's tenure as SEB's Deputy CEO while he had oversight
3  of this Action. *Id*. It was not until after Mr. Ek had left the Deputy CEO position and no longer
4  had any responsibility for overseeing this Action that BLBG and Mr. Ek first discussed working
5  together. *Id*.

6        In his declaration, Mr. Ek also explains that he has never had any personal interest in, or
7  received any personal benefit from, this Action or SEB's involvement in it. *Id*., ¶6. At BLBG,
8  Mr. Ek has no work responsibilities that relate in any way to the prosecution or oversight of this
9  Action. *Id.*, ¶7. Mr. Ek's compensation at BLBG is "not tied in any way to SEB, this Action, any
10 recovery in any litigation, or advising any particular client." *Id*. Mr. Ek receives no incentive
11 payments of any kind. *Id*. In sum, BLBG's recent hiring of Mr. Ek presents no actual or potential
12 conflict with the interests of the Class.

13       **<u>Norfolk Did Not Meet And Confer</u>**. Norfolk and its counsel did not meet and confer with
14 SEB and BLBG before filing the Notice with the Court. SEB and BLBG respectfully submit that
15 Norfolk and its counsel should have done so in a good faith effort to resolve any concerns that they
16 had about a potential conflict of interest.

17       \*      \*      \*

18       SEB and Lead Counsel thank the Court for its attention to this matter and are available to
19 provide any additional submissions and/or participate in a conference on this issue at the Court's
20 convenience.

22 DATED: December 4, 2020      Respectfully submitted,

23       /s/ *Jeremy P. Robinson*
      Jeremy P. Robinson

25       **BERNSTEIN LITOWITZ BERGER
        & GROSSMANN LLP**
      JONATHAN D. USLANER (Bar No. 256898)
      (jonathanu@blbglaw.com)
      2121 Avenue of the Stars, Suite 2575
      Los Angeles, CA 90067

Tel: (310) 819-3472

SALVATORE J. GRAZIANO (*pro hac vice*)
(salvatore@blbglaw.com)
JEROEN VAN KWAWEGEN (*pro hac vice*)
(jeroen@blbglaw.com)
JEREMY ROBINSON (*pro hac vice*)
(jeremy@blbglaw.com)
REBECCA E. BOON (*pro hac vice*)
(rebecca.boon@blbglaw.com)
R. RYAN DYKHOUSE (*pro hac vice*)
(ryan.dykhouse@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiff*
*SEB Investment Management AB*