**BERNSTEIN LITOWITZ BERGER**
**& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

SALVATORE J. GRAZIANO (*pro hac vice*)
(salvatore@blbglaw.com)
JEROEN VAN KWAWEGEN (*pro hac vice*)
(jeroen@blbglaw.com)
JEREMY ROBINSON (*pro hac vice*)
(jeremy@blbglaw.com)
REBECCA E. BOON (*pro hac vice*)
(rebecca.boon@blbglaw.com)
R. RYAN DYKHOUSE (*pro hac vice*)
(ryan.dykhouse@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Plaintiff*
*SEB Investment Management AB*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION and GREGORY S. CLARK,<br><br>Defendants. | Case No. 3:18-cv-02902-WHA<br><br>ECF CASE<br><br>**DECLARATION OF HANS EK IN SUPPORT OF LEAD PLAINTIFF SEB INVESTMENT MANAGEMENT AB'S RESPONSE TO NOTICE OF POTENTIAL CONFLICT OF INTEREST**<br><br>Dept.: Courtroom 12, 19th Floor<br>Judge: Hon. William H. Alsup |

---

DECLARATION OF HANS EK IN SUPPORT OF PLAINTIFF'S RESPONSE TO
NOTICE OF POTENTIAL CONFLICT OF INTEREST
No. 3:18-cv-02902-WHA

I, Hans Ek, declare as follows:

1. I am currently Senior Advisor for European Investors Relations at Bernstein Litowitz Berger & Grossmann LLP ("BLBG" or "Lead Counsel"). I respectfully submit this declaration in support of Plaintiff's Response to Notice of Potential Conflict of Interest (the "Notice") filed by Norfolk Pension Fund ("Norfolk"). I have personal knowledge of the information set forth herein and, if called upon as a witness, could and would competently testify thereto.

2. From January 2009 until December 1, 2019, I served as the Deputy Chief Executive Officer ("Deputy CEO") of SEB Investment Management AB ("SEB" or "Lead Plaintiff"). Prior to that, I worked at SEB and its parent company, SEB AB, for over 25 years. During my tenure as Deputy CEO at SEB, one of my responsibilities was oversight and management of SEB's litigation responsibilities, including this Action.

3. In autumn 2019, I announced internally at SEB that I would be stepping down as SEB's Deputy CEO and, following a transition period in which I gradually handed off my work responsibilities, I left the Deputy CEO role on December 1, 2019. Between when I announced my departure and December 1, 2019, I continued at SEB and assisted in an orderly transfer of my responsibilities for oversight and management of SEB's litigation, including this Action, to SEB's Head of Legal, Caroline Rifall. Since December 1, 2019, I have had no responsibility for oversight or management of SEB's litigation and no day-to-day work responsibilities at SEB. From December 1, 2019 through approximately May 2020, I continued to serve on nomination committees of Swedish-listed companies where I was personally elected or appointed to represent SEB until those companies' respective annual general meetings.

4. On August 23, 2018, following robust lead plaintiff proceedings, the Court appointed SEB to lead this Action. ECF No. 75. Then, at the Court's direction, SEB undertook a rigorous and impartial due diligence process for the selection of lead counsel – and selected BLBG, which was appointed by the Court to serve as lead counsel on October 4, 2018. ECF No. 88.

DECLARATION OF HANS EK IN SUPPORT OF PLAINTIFF'S RESPONSE TO
NOTICE OF POTENTIAL CONFLICT OF INTEREST
No. 3:18-cv-02902-WHA

5. In 2018, during the process of SEB being appointed as Lead Plaintiff and the selection of BLBG as Lead Counsel in this Action, I had no intention of leaving SEB and did not have any discussions whatsoever about BLBG hiring me in the future. Further, during my entire tenure as SEB's Deputy CEO with oversight responsibility for this Action, I did not have any discussions whatsoever about BLBG hiring me in the future. In fact, at no time was that topic even discussed as a possibility until *after* I had left the Deputy CEO position and no longer had any responsibilities for overseeing this Action or any litigation for SEB.

6. Further, to avoid any doubt, I do not now and have never had any personal interest in this Action or any other SEB litigation. No personal benefit was ever promised to me relating to or concerning SEB's involvement in this Action – and I have not received, and will not receive, any personal benefit from this Action or SEB's involvement in it.

7. On September 10, 2020, I signed an agreement with BLBG to join the firm as a Senior Advisor for European Investors Relations. At BLBG, I advise clients on corporate governance and embedding shareholder litigation in responsible investment strategies and assist with client development and other matters relating to BLBG's European-based clients. I have no work responsibilities that relate in any way to the prosecution or oversight of this Action. My compensation at BLBG is not tied in any way to SEB, this Action, any recovery in any litigation, or advising any particular client. In fact, I receive no incentive payments of any kind.

8. On September 11, 2020, I notified SEB that I would be joining BLBG as an advisor for European investors relations. SEB approved of this appointment.

9. On October 1, 2020, I joined BLBG. BLBG publicly announced that I had joined the firm on its website and by disseminating notice over social media. I also changed my LinkedIn profile to announce my affiliation with BLBG. My position at BLBG remains publicly posted on BLBG's website and on my LinkedIn profile.

Dated: December 3, 2020

By: _____
Hans Ek

DECLARATION OF HANS EK IN SUPPORT OF PLAINTIFF'S RESPONSE TO
NOTICE OF POTENTIAL CONFLICT OF INTEREST
No. 3:18-cv-02902-WHA                                                                                      2