CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
JEROME F. BIRN, JR. State Bar No. 128561
jbirn@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
rstrickland@wsgr.com
JESSICA L. SNORGRASS, State Bar No. 259962
jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

*Attorneys for Defendant*
*NortonLifeLock Inc. (formerly known as*
*Symantec Corporation)*

*[Additional Counsel Appear on Signature Page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: 3:18-cv-02902-WHA |
| Plaintiff, | CLASS ACTION |
| v. | Hon. William Alsup |
| SYMANTEC CORPORATION and GREGORY S. CLARK, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR CONSOLIDATED SUMMARY JUDGMENT BRIEFING** |
| Defendants. | |

STIPULATION AND [~~PROPOSED~~] ORDER FOR
CONSOLIDATED SUMMARY JUDGMENT BRIEFING
CASE NO. 3:18-CV-02902-WHA

WHEREAS, pursuant to the Court's Case Management Order (ECF No. 204), the last day to file dispositive motions is March 4, 2021, with oppositions due on March 18, 2021, and replies in support of dispositive motions due on March 25, 2021;

WHEREAS, Defendant Symantec Corporation (now known as NortonLifeLock Inc.) and Defendant Gregory S. Clark (together, "Defendants") are separately represented in this action;

WHEREAS, Defendants intend to raise on summary judgment a number of issues that are common to both Defendants;

WHEREAS, under the local rules each Defendant potentially could file a separate 25-page summary judgment brief and Plaintiff could file separate 25-page opposition briefs;

WHEREAS, Defendants and Plaintiff met and conferred and believe it would be more efficient to permit consolidated briefing with total page amounts not to exceed what the parties are otherwise entitled to under the local rules;

WHEREAS, Defendants and Plaintiff believe that Defendants should file a single consolidated summary judgment motion and reply and Plaintiff should file a single consolidated opposition brief;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective parties hereto, that, subject to the Court's approval:

1.    Defendants will file a single consolidated summary judgment motion not to exceed 50 pages.

2.    Plaintiff will file a single consolidated opposition brief not to exceed 50 pages.

3.    Defendants will file a single consolidated reply in support of their summary judgment motion not to exceed 30 pages.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER FOR
CONSOLIDATED SUMMARY JUDGMENT BRIEFING
CASE NO. 3:18-CV-02902-WHA

-1-

DATED: February 17, 2021

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |

/s/ *Jeremy P. Robinson*
Jeremy P. Robinson

SALVATORE J. GRAZIANO (*pro hac vice*)
(salvatore@blbglaw.com)
JEREMY ROBINSON (*pro hac vice*)
(jeremy@blbglaw.com)
REBECCA E. BOON (*pro hac vice*)
(rebecca.boon@blbglaw.com)
R. RYAN DYKHOUSE (*pro hac vice*)
(ryan.dykhouse@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

*Counsel for Plaintiff*
*SEB Investment Management AB*

/s/ *Caz Hashemi*
Caz Hashemi

CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
JEROME F. BIRN, JR. State Bar No. 128561
jbirn@wsgr.com
RODNEY G. STRICKLAND, State Bar No. 161934
rstrickland@wsgr.com
JESSICA L. SNORGRASS, State Bar No. 259962
jsnorgrass@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300

*Attorneys for Defendant*
*NortonLifeLock Inc. (formerly known as Symantec Corporation)*

**MORGAN LEWIS & BOCKIUS LLP**

/s/ *Susan D. Resley*
Susan D. Resley

SUSAN D. RESLEY, State Bar No. 161808
susan.resley@morganlewis.com
ALYSE J. RIVETT, State Bar No. 287989
ali.rivett@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001
MARC J. SONNENFELD (admitted *pro hac vice*)
marc.sonnenfeld@morganlewis.com
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000

*Counsel for Defendant Gregory S. Clark*

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: ___February 24___, 2021        _____
                                       Hon. William Alsup
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR                    -3-
CONSOLIDATED SUMMARY JUDGMENT BRIEFING
CASE NO. 3:18-CV-02902-WHA

## ATTESTATION

I, Caz Hashemi, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER FOR CONSOLIDATED SUMMARY JUDGMENT BRIEFING**.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Jeremy P. Robinson and Susan D. Resley have concurred with this filing.


DATED: February 17, 2021          /s/ *Caz Hashemi*
                                      Caz Hashemi

                                  *Attorneys for Defendant*
                                  *NortonLifeLock Inc. (formerly known as*
                                  *Symantec Corporation)*