UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FELIX,<br><br>    Plaintiff,<br><br>  v.<br><br>SYMANTEC CORPORATION and GREGORY S. CLARK,<br><br>    Defendants. | No. CR 18-02902 WHA<br><br>**REQUEST FOR ADDITIONAL SUBMISSIONS** |

SEB, BLBG, and Hans Ek shall all answer, under oath, the following:

1. Did any preexisting relationship exist between BLBG and SEB prior to the former's selection as lead counsel?

2. Can SEB show it has similar severance "offset" arrangements with other former executives?

3. Has BLBG ever before hired employees of, bestowed gifts with more than nominal economic value, or otherwise provided anything of nonnominal monetary value on employees of lead plaintiffs?

4. Has Norfolk ever hired employees of organizational lead plaintiffs, before or during representation?

5. On what date was the SEB severance agreement with Mr. Ek finalized?

6. Some submissions suggest that the severance agreement provides for a 1:1 offset with dollars Mr. Ek earned elsewhere. How could Mr. Ek ever make more than his severance income under this arrangement?

7. Please provide the actual severance agreement that Mr. Ek and SEB entered into, and both highlight and tab the relevant language.

Responses shall be due **MARCH 29, 2021 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 17, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE