UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FELIX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SYMANTEC CORPORATION, et al,<br><br>　　　　　Defendants. | Case No.  3:18-cv-02902-WHA (DMR)<br><br>**NOTICE OF FURTHER SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**<br><br>Re: Dkt. Nos. 216 and 390 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Donna M. Ryu for settlement purposes. You are hereby notified that a further settlement conference is scheduled for **May 24, 2021 at 9:00 a.m. Pacific time** by Zoom video conference.

Parties shall comply with the requirements and procedures set forth in this court's Notice of Settlement Conference and Settlement Conference Order dated March 9, 2020. [*See* Docket No. 216.]

**IT IS SO ORDERED.**

Dated: May 4, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DONNA M. RYU
　　　　　　　　　　　　　　　　　United States Magistrate Judge