JONATHAN D. USLANER (Bar No. 256898)
BERNSTEIN LITOWITZ BERGER & GROSSMANN
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3472

SALVATORE J. GRAZIANO (*pro hac vice*)
JEROEN VAN KWAWEGEN (*pro hac vice*)
JEREMY P. ROBINSON (*pro hac vice*)
REBECCA E. BOON (*pro hac vice*)
R. RYAN DYKHOUSE (*pro hac vice*)

*Attorneys for Lead Plaintiff*
*SEB Investment Management AB*

*[Additional Counsel Appear on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, Individually and on Behalf of All Others Similarly Situated, | CASE NO.: 3:18-cv-02902-WHA |
| | <u>CLASS ACTION</u> |
| Plaintiff, | Hon. William Alsup |
| v. | **STIPULATION AND [PROPOSED] ORDER ADJOURNING HEARING ON MOTION FOR SUMMARY JUDGMENT DUE TO PROPOSED SETTLEMENT** |
| SYMANTEC CORPORATION and GREGORY S. CLARK, | |
| Defendants. | |

1          WHEREAS, on May 24, 2021, the parties reached an agreement in principle to settle this
2  action (the "Settlement") at a settlement conference overseen by Magistrate Judge Ryu, which
3  was memorialized in a term sheet dated May 26, 2021 and a Stipulation of Settlement dated June
4  8, 2021.
5          WHEREAS, on July 6, 2021, Lead Plaintiff filed a motion (the "Preliminary Approval
6  Motion") to preliminarily approve the proposed Settlement, approve the form and manner of
7  giving notice of the Settlement to the class, and schedule a final settlement hearing before the
8  Court to determine whether the proposed Settlement, proposed plan of allocation, and Lead
9  Counsel's motion for attorneys' fees and expenses should be approved;
10         WHEREAS, Defendants' motion for summary judgment is currently set for hearing on
11 August 5, 2021; and
12         WHEREAS, the parties have met and conferred and agree, subject to the Court's
13 approval, that in light of the proposed Settlement and to promote efficiency and conserve judicial
14 and party resources, the hearing on Defendants' motion for summary judgment should be
15 vacated or adjourned *sine die* to allow the Court to first rule on the pending Preliminary
16 Approval Motion and any subsequent motion for final approval of the Settlement since approval
17 of the Settlement would moot the motion for summary judgment.
18         NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among
19 the respective parties hereto, that, subject to the Court's approval:
20         1.      The hearing on Defendants' motion for summary judgment, currently set for
21 August 5, 2021, is vacated and will be rescheduled, if necessary, following the Court's ruling on
22 Lead Plaintiff's Preliminary Approval Motion and any subsequent motion concerning approval
23 of the Settlement.
24         IT IS SO STIPULATED.
25
26
27
28

DATED: July 13, 2021

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **WILSON SONSINI GOODRICH & ROSATI**<br>**Professional Corporation** |
| /s/ *Jeremy P. Robinson*<br>Jeremy P. Robinson | /s/ *Caz Hashemi*<br>Caz Hashemi |
| SALVATORE J. GRAZIANO (*pro hac vice*)<br>(salvatore@blbglaw.com)<br>JEREMY ROBINSON (*pro hac vice*)<br>(jeremy@blbglaw.com)<br>REBECCA E. BOON (*pro hac vice*)<br>(rebecca.boon@blbglaw.com)<br>R. RYAN DYKHOUSE (*pro hac vice*)<br>(ryan.dykhouse@blbglaw.com)<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Tel: (212) 554-1400<br><br>*Counsel for Plaintiff*<br>*SEB Investment Management AB* | CAZ HASHEMI, State Bar No. 210239<br>chashemi@wsgr.com<br>JEROME F. BIRN, JR. State Bar No. 128561<br>jbirn@wsgr.com<br>RODNEY G. STRICKLAND, State Bar No. 161934<br>rstrickland@wsgr.com<br>JESSICA L. SNORGRASS, State Bar No. 259962<br>jsnorgrass@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Tel: (650) 493-9300<br><br>*Attorneys for Defendant*<br>*NortonLifeLock Inc. (formerly known as Symantec Corporation)* |

**MORGAN LEWIS & BOCKIUS LLP**

/s/ *Susan D. Resley*
Susan D. Resley

Susan D. Resley, State Bar No. 161808
susan.resley@morganlewis.com
Alyse J. Rivett, State Bar No. 287989
ali.rivett@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel: (415) 442-1000
Fax: (415) 442-1001

Marc J. Sonnenfeld (admitted *pro hac vice*)
marc.sonnenfeld@morganlewis.com
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000

*Counsel for Defendant Gregory S. Clark*

# **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____, 2021

_____
Hon. William Alsup
United States District Judge

# ATTESTATION

I, Jeremy P. Robinson, am the ECF User whose identification and password are being used to file the **STIPULATION AND [PROPOSED] ORDER ADJOURNING HEARING ON MOTION FOR SUMMARY JUDGMENT**.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Caz Hashemi and Susan D. Resley have concurred with this filing.

DATED: July 13, 2021　　　　　　　　　　　/s/ *Jeremy P. Robinson*
　　　　　　　　　　　　　　　　　　　　　　　　Jeremy P. Robinson

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Lead Plaintiff*
　　　　　　　　　　　　　　　　　　　　　*SEB Investment Management AB*