**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

SALVATORE J. GRAZIANO (*pro hac vice*)
(salvatore@blbglaw.com)
JEROEN VAN KWAWEGEN (*pro hac vice*)
(jeroen@blbglaw.com)
JEREMY ROBINSON (*pro hac vice*)
(jeremy@blbglaw.com)
REBECCA E. BOON (*pro hac vice*)
(rebecca.boon@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

*Counsel for Lead Plaintiff
SEB Investment Management AB
and Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYMANTEC CORPORATION, and GREGORY S. CLARK<br><br>Defendants. | Case No. 3:18-cv-02902-WHA<br><br>ECF CASE<br><br>**[PROPOSED] ORDER REGARDING ATTORNEYS' FEE AWARD**<br><br>Dept.: Courtroom 12, 19th Floor<br>Judge: Honorable William Alsup |

WHEREAS on February 10, 2022, the Court issued an Order Granting Motion for Final Approval of Class Settlement and Plan of Allocation, and Granting Attorney's Fees and Litigation Expenses;

WHEREAS the Court awarded attorney's fees to Lead Counsel Bernstein Litowitz Berger & Grossmann LLP in the amount of $13.3 million, with interest at the same rate as earned by the settlement fund;

WHEREAS the Court ordered that half of the attorney's fee amount shall be paid immediately upon entry of the February 10, 2022 order, and the other half when Lead Counsel "certifies that all settlement funds have been properly distributed and the file can be completely closed;"

WHEREAS Lead Counsel certified on October 31, 2022 that the entire Net Settlement Fund was properly distributed to eligible Claimants on October 28, 2022 and that the file can be completely closed.

NOW THEREFORE, IT IS HEREBY ORDERED that Lead Counsel shall be paid the second half of the attorneys' fees previously awarded in the amount of $6,650,000, plus interest accrued, and that the Clerk of the Court is directed to close the file.

Dated: November 21, 2022

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER REGARDING
ATTORNEYS' FEE AWARD
Case No. 3:18-cv-02902-WHA